IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 05-40022-01-RDR |
| COURTNEY MCGEE CANNON, | ) |
| Defendant. | ) |

## **O R D E R**

**NOW** on this 8th day of March, 2011, the above-entitled matter comes before the Court upon the motion of counsel for the accused for an order granting a continuance of the final revocation hearing. The Court has considered the motion and is fully advised of the premises.

The Court further finds that the reasons set forth in the defendant's motion justify a continuance, and that the additional time granted pursuant to this Order shall be excludable time as provided for in 18 U.S.C. 3161(h)(7). See, *United States v. Toombs*, 574 F.3d 1262 (10th Cir. 2009).

**IT IS THEREFORE ORDERED** that the final revocation hearing is rescheduled for June 7, 2011 at 10:00 a.m. The period of delay resulting from such continuance shall be excludable time as provided for by the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

s/Richard D. Rogers
United States District Judge